UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

UNITED STATES OF AMERICA,

                          Plaintiff,                   **MEMORANDUM**

      -against-                                    20 Cr. 168 (VB)

Dareece Bethune
      a/k/a Reece,

                          Defendant.
---------------------------------------------------------------x

TO:  <u>Vincent Briccetti, United States District Judge</u>:

       Please find attached a transcript of the February 28, 2020 plea allocution over which I presided, setting forth my Report and Recommendation to you. Please let me know if I can be of further assistance.

Dated: June 1, 2020
       White Plains, New York

                                                Respectfully Submitted,

                                                s/ Paul E. Davison

                                                _____
                                                PAUL E. DAVISON
                                                United States Magistrate Judge