UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
UNITED STATES OF AMERICA,          :
                                               :    **ORDER ACCEPTING**
v.                                 :    **PLEA ALLOCUTION**
                                               :
DAREECE BETHUNE,                   :    20 CR 168 (VB)
               Defendant.          :
--------------------------------------------------------x

The Court has reviewed the transcript of the plea allocution in the above-captioned case, the charging papers, and all other pertinent parts of the record. The Report and Recommendation of the Honorable Paul E. Davison, United States Magistrate Judge, dated February 28, 2020, is approved and accepted, and the defendant is adjudged guilty of the offenses charged in the information.

The Clerk is directed to enter the guilty plea.

Dated: June 3, 2020
       White Plains, NY

                                        SO ORDERED:

                                        Vincent L. Briccetti
                                        United States District Judge