PAUL A. GOLDBERGER*
LAWRENCE A. DUBIN*§
EDGAR L. FANKBONNER*

*Via ECF*

The Honorable Vincent L. Briccetti
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

> The Court reluctantly GRANTS this request. Defendant pleaded guilty in this case nearly seven months ago, and the final presentence report was issued four months ago. By order dated 7/21/2020, defense counsel was directed to file his submission by 9/15/2020. In other words, counsel has had more than sufficient time to gather letters and speak to his client about "an item" in the PSR. Sentencing is important and requires a great deal of preparation by the Court. Reasonable deadlines are set not for the convenience of counsel, but to ensure that the Court has sufficient time to review the often voluminous materials submitted. Defendant's sentencing submission is due no later than 5:00 p.m. on Friday, 9/18/2020. Government's submission remains due 9/22/2020.
>
> SO ORDERED:
>
> Vincent L. Briccetti, U.S.D.J.          9/17/2020

*Re: United States v. Dareece Bethune, 20-cr-168 (VB)*

Dear Judge Briccetti:

    I represent Mr. Dareece Bethune, the defendant in the matter referenced above. I am writing to respectfully request additional time to file my sentencing submission on Mr. Bethune's behalf. I am waiting on letters from Mr. Bethune's family, in addition to which there is a question I need to ask of Mr. Bethune regarding an item in his pre-sentence report, which I have not been able to ask him due to current conditions.

    With the Court's leave, I will file his sentencing submission by the close of business this Friday, September 19.

Respectfully submitted,

/s/ Edgar L. Fankbonner
Edgar L. Fankbonner, Esq.
GOLDBERGER & DUBIN, PC
Tel.: (917) 796-7406

Cc: AUSA Jeffrey Coffman
Jeffrey.Coffman@usdoj.gov

USC SDNY
DOCUMENT
ELECTRON[IC]
DOC #:_____
DATE F[ILED]: 9/17/20